# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MERT DUYMAYAN,<br>    Plaintiff,<br>v.<br>VALLEY HOSPITAL MEDICAL CENTER,<br>    Defendant. | Case No. 2:25-cv-00729-GMN-NJK<br>**Order** |

On May 12, 2025, the Court ordered Plaintiff to either file the long form application to proceed *in forma pauperis* or pay the full filing fee by May 29, 2025. Plaintiff failed to do so. *See* Docket.[1]

Accordingly, the Clerk's Office is **INSTRUCTED** to send Plaintiff the long form application to proceed *in forma pauperis* used by non-prisoners. All questions must be answered truthfully and completely. If Plaintiff attests to having no income, he must file a separate statement explaining how he pays his monthly bills without any source of income. This long form application to proceed *in forma pauperis* (and separate statement, as applicable) must be filed by **July 3, 2025**. In the alternative, Plaintiff may pay the full filing fee by July 3, 2025.

**<u>Failure to comply with this order may result in a recommendation of dismissal.</u>**

IT IS SO ORDERED.

Dated: June 5, 2025

                                                                                      _____
                                                                                      Nancy J. Koppe
                                                                                      United States Magistrate Judge

---

[1] Instead, on June 3, 2025, Plaintiff filed two new cases with applications to proceed *in forma pauperis*. *See* 2:25-cv-00980-CDS-MDC, Docket No. 2; 2:25-cv-00982-CDS-MDC, Docket No. 2.

1